| Fill in this information to identify your case | | | |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
| Debtor 1: | Miesha          LaShon          Ross<br>First Name      Middle Name      Last Name | Case #: | **19-18902-EEB** |
| Debtor 2: | <br>First Name      Middle Name      Last Name | Chapter: | 13 |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

**Complete applicable sections.**

__Miesha LaShon Ross, Debtor,_____ _ **[name of party and party type]** hereby designates the following witnesses and exhibits for the hearing or trial set for _**November 7, 2019**____ **[month/day/year]**, at _**1:30 p.m**__ **[time]** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom __**F**__ **[letter]**, Fifth Floor, Denver, Colorado 80202.

### Part 1  Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Miesha Ross, Debtor | Testify as to the facts and circumstances surrounding filing from the prior bankruptcy as well as this case, to include family situation, employment situation, housing situation and any other relevant financial matters connect with the filing of this bankruptcy. |
|  |  |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Any witness needed for rebuttal |  |
| Any witness called by creditor |  |

### Part 2  Exhibits

| Debtor Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | Mortgage Modificatino |  |  |  |
| 2 | Escrow |  |  |  |
| 3 | Pay Advice |  |  |  |
| 4 | Notification of Union Contract |  |  |  |
| 5 | Child Support Order |  |  |  |
| 6 | Daycare Payments |  |  |  |
| 7 | 17-21645-EEB Schedules I & J |  |  |  |
| 8 | 19-18902-EEB Schedules I & J |  |  |  |

## Part 3  Signature

Dated:     11/6/2019                                  WACHSMANN & ASSOCIATES, P.C.

                                                            /s/ Carl Fritz
Carl Fritz, #24184, Attorney for Debtor(s)
6053 S. Quebec, #103,  Englewood, CO 80111
303.796.8787 / 303.796.8798 fax
cgfritz@msn.com

CERTIFICATE OF SERVICE

     I hereby by certify that on this  **6th**  day of **November**, 2019   I served a complete copy of **List of Witnesses and Exhibits as well as the exhibits** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Tammy M. Alcock
Alcock Law Group, P.C.
tammy@alcocklawgroup.com
and
via ECF filing service.

                                                            /s/ Carl Fritz