UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In Re: Chapter 13

MIESHA LASHON ROSS

Case No. 19-18902-EEB

## LIST OF WITNESSES AND EXHIBITS

The Timbers Homeowners Association I, Inc., Creditor, hereby designates the following witnesses and exhibits for the hearing set for November 7, 2019 at 1:30 p.m. at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th St., Courtroom F, Fifth Floor, Denver, Colorado 80202.

**WITNESSES**

Party **will call** the following witnesses:

1. Marsha Miller
   CPMS
   19751 E Mainstreet Suite 275
   Parker CO 80138

   Ms. Miller is the property manager for the Association. She is expected to testify about the Association's two lawsuits against the Debtor, her payment history, current lien amount, the Association's governing documents, and other matters concerning the effect of the Debtor's multiple bankruptcies on the Association.

Party **may call** the following witnesses:

1. The Timbers Homeowners Association, I, Inc. through one or more board members. Said board members are expected to testify about the Association's two lawsuits against the Debtor, her payment history, current lien amount, the Association's governing documents, and other matters concerning the effect of the Debtor's multiple bankruptcies on the Association.

   Creditor reserves the right to call any witness for rebuttal or impeachment purposes, to lay foundations, and to cross-examine any witnesses designated or produced by Debtor.

**EXHIBITS**

| NO. | DESCRIPTION | OFFERED (yes/no) | ADMITTED (yes/no) |
|---|---|---|---|
| A | 6/01/2014 Policy on Assessment Collection | | |
| B | 4/15/2015 Amended and Restated Declaration of Covenants, Conditions and Restrictions for The Timbers HOA | | |
| C | 10/5/2017 Previous Mgmt. Company Ledger | | |
| D | 12/5/2017 Complaint for Judicial Foreclosure and Damages, Arapahoe Co. Dist. Court case #2017CV32761 | | |
| E | 12/11/2017 Return of Service - Ross Arapahoe Co. Dist. Court case #2017CV32761 | | |
| F | 1/3/20218 Suggestion of Bankruptcy due to BK filing on 12/26/17 | | |
| G | 3/5/2019 Stipulation for Resolution of Motion to Dismiss Bankruptcy | | |
| H | 9/23/2019 Statement of Assessment Lien | | |
| I | 9/24/2019 Complaint for Judicial Foreclosure and Damages, Arapahoe Co. Dist. Court case #2019CV32287 | | |
| J | 9/26/2019 Return of Service to Ross Arapahoe Co. Dist. Court case #2019CV32287 | | |
| K | 10/21/2019 Ledger | | |
| L | 12/10/2015 Warranty Deed | | |

Pursuant to Rule 201 of the Federal Rules of Evidence, Creditor requests this Court to take judicial notice of the following documents:

1. Docket No. 1 Petition, case #19-18902.

2. Docket No. 2 Plan, case #19-18902.

3. Docket No. 1 Petition, case #17-21645.

4. Docket No. 22 Confirmed Plan, case #17-21645.

5. Docket No. 34 Motion to Dismiss Bankruptcy, case #17-21645.

6. Docket No. 44 Stipulation Resolving Motion to Dismiss, case #17-21645.

7. Docket No. 45 Order Approving Stipulation, case #17-21645.

8. Docket No. 48 Trustee's Motion to Dismiss, case #17-21645.

9. Docket No. 50, Dismissal Following Confirmation, case #17-21645.

10. Docket No. 1 Petition, case #02-21878, 8/02/2002

11. Order Discharging Debtor, case #02-21878, 11/15/2002

12. Docket No. 1 Petition, case #11-30950.

13. Docket No. 33 Order Accepting Trustee's Report and Closing Case, Case #11-30950.

Dated: November 6, 2019

ALCOCK LAW GROUP, PC

By */s/ Tammy M. Alcock*
Tammy M. Alcock, #39816
19751 E. Mainstreet, Suite 225
Parker, Colorado 80138
(303) 993-5400
tammy@alcocklawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **LIST OF WITNESSES AND EXHIBITS,** was forwarded to all parties of interest as listed below or attached hereto by Electronic Mail or First-Class Mail, postage prepaid, this 6th day of November 2019, as follows:

Miesha LaShon Ross
1155 South Havana St. #11-499
Aurora, CO 80012

Carl G. Fritz
6053 S. Quebec St. #103
Englewood, CO 80111

Adam Goodman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

US Trustee, 13
Byron G. Rogers Federal Bldg.
1961 Stout St. Ste. 12-200
Denver, CO 80294

                                            ALCOCK LAW GROUP, PC

                                            By */s/ Tammy M. Alcock*
                                            Tammy M. Alcock, #39816
                                            19751 E. Mainstreet, Suite 225
                                            Parker, Colorado 80138
                                            (303) 993-5400
                                            tammy@alcocklawgroup.com