## Homeowner Transaction History
### Timbers Homeowners Association I, Inc.
#### Account#: 1023001202

Miesha L Ross
1155 South Havana St. #11-499
Aurora, CO 80012

**Property Address**
15140 E. Hampden Cir.
Aurora, CO 80014

| Posting Date | Posting Code | Description | Notation Ref # | Amount | Open Amount | Balance |
|---|---|---|---|---|---|---|
| 5/31/2017 | Prev Mgt Balance Forward | Prev Mgt Balance Forward | | $1,636.15 | $0.00 | $1,636.15 |
| 6/1/2017 | Assessment | June 2017 - Assessments | | $310.00 | $0.00 | $1,946.15 |
| 6/9/2017 | Payment | Payment Received - Thank You | p/DC | ($155.00) | $0.00 | $1,791.15 |
| 6/23/2017 | Payment - Citywide | Payment Received - Thank You | p/DC | ($155.00) | $0.00 | $1,636.15 |
| 6/30/2017 | Late Interest | Late Interest | p/DC | $8.07 | $0.00 | $1,644.22 |
| 6/30/2017 | Late Fee | Late Fee | p/DC | $25.00 | $0.00 | $1,669.22 |
| 7/1/2017 | Assessment | July 2017 - Assessments | | $310.00 | $0.00 | $1,979.22 |
| 7/7/2017 | Payment - Citywide | Payment Received - Thank You | p/DC | ($155.00) | $0.00 | $1,824.22 |
| 8/1/2017 | Assessment | August 2017 - Assessments | | $310.00 | $0.00 | $2,134.22 |
| 8/31/2017 | Late Fee | Late Fee | | $25.00 | $0.00 | $2,159.22 |
| 9/1/2017 | Assessment | September 2017 - Assessments | | $310.00 | $115.00 | $2,469.22 |
| 9/30/2017 | Late Fee | Late Fee | | $25.00 | $0.00 | $2,494.22 |
| 9/30/2017 | Lien Fee | Lien Fee | | $100.00 | $0.00 | $2,594.22 |
| 10/1/2017 | Assessment | October 2017 - Assessments | | $310.00 | $310.00 | $2,904.22 |
| 10/31/2017 | Late Fee | Late Fee | | $25.00 | $0.00 | $2,929.22 |
| 11/1/2017 | Assessment | November 2017 - Assessments | | $310.00 | $310.00 | $3,239.22 |
| 11/2/2017 | Legal Fees | Alcock Law 11/1/17 | 938 | $142.50 | $0.00 | $3,381.72 |
| 11/30/2017 | Late Fee | Late Fee | | $25.00 | $0.00 | $3,406.72 |
| 12/1/2017 | Assessment | December 2017 - Assessments | | $310.00 | $310.00 | $3,716.72 |
| 12/1/2017 | Legal Fees | Alcock Law 12/1/17 | 1106 | $1,573.50 | $0.00 | $5,290.22 |
| 12/31/2017 | Late Fee | Late Fee | | $25.00 | $0.00 | $5,315.22 |
| 1/1/2018 | Assessment | January 2018 - Assessments | | $340.00 | $340.00 | $5,655.22 |
| 1/3/2018 | Legal Fees | Alcock Law 1/1/18 | 1198 | $589.00 | $0.00 | $6,244.22 |
| 1/31/2018 | Payment | Payment Received - Thank You - ALG | 5379 | ($340.00) | $0.00 | $5,904.22 |
| 1/31/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $5,929.22 |
| 2/1/2018 | Assessment | February 2018 - Assessments | | $340.00 | $340.00 | $6,269.22 |
| 2/2/2018 | Legal Fees | Alcock Law 2/1/18 | 1264 | $520.76 | $0.00 | $6,789.98 |
| 2/28/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $6,814.98 |
| 3/1/2018 | Payment | Payment Received - Thank You - ALG | 4623 | ($340.00) | $0.00 | $6,474.98 |
| 3/1/2018 | Assessment | March 2018 - Assessments | | $340.00 | $340.00 | $6,814.98 |
| 3/5/2018 | Legal Fees | Alcock Law 3/1/18 | 1349 | $643.50 | $0.00 | $7,458.48 |
| 3/30/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,483.48 |
| 4/1/2018 | Assessment | April 2018 - Assessments | | $340.00 | $340.00 | $7,823.48 |
| 4/5/2018 | Payment | Payment Received - Thank You - ALG | 6362 | ($340.00) | $0.00 | $7,483.48 |
| 4/30/2018 | Payment | Payment Received - Thank You - ALG | 6363 | ($365.00) | $0.00 | $7,118.48 |
| 4/30/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,143.48 |
| 5/1/2018 | Assessment | May 2018 - Assessments | | $340.00 | $340.00 | $7,483.48 |
| 5/31/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,508.48 |
| 6/1/2018 | Assessment | June 2018 - Assessments | | $340.00 | $340.00 | $7,848.48 |
| 6/4/2018 | Legal Fees | Alcock Law 6/1/18 | 1671 | $22.00 | $0.00 | $7,870.48 |
| 6/30/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,895.48 |
| 7/1/2018 | Assessment | July 2018 - Assessments | | $340.00 | $340.00 | $8,235.48 |
| 7/12/2018 | Payment | Payment Received - Thank You - ALG | 9437016441 | ($365.00) | $0.00 | $7,870.48 |
| 7/12/2018 | Payment | Payment Received - Thank You - ALG | 9437016443 | ($340.00) | $0.00 | $7,530.48 |
| 7/12/2018 | Payment | Payment Received - Thank You - ALG | 9437016445 | ($365.00) | $0.00 | $7,165.48 |
| 7/25/2018 | Bankruptcy - Credit | Move Claim to Bankruptcy Ledger - P/ALG 12/26/17 Bankruptcy | | ($5,879.00) | $0.00 | $1,286.48 |
| 7/25/2018 | Bankruptcy - Charge | Bankruptcy Claim - P/ALG Filed 12/26/17 | | $5,879.00 | $0.00 | $7,165.48 |
| 7/31/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,190.48 |
| 8/1/2018 | Assessment | August 2018 - Assessments | | $340.00 | $340.00 | $7,530.48 |
| 8/28/2018 | Payment | Payment Received - Thank You - ALG | 9437016444 | ($340.00) | $0.00 | $7,190.48 |
| 8/31/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,215.48 |
| 9/1/2018 | Assessment | September 2018 - Assessments | | $340.00 | $340.00 | $7,555.48 |
| 9/6/2018 | Legal Fees | Alcock Law 9/4/18 | 1976 | $342.00 | $0.00 | $7,897.48 |



EXHIBIT K

| Date | Type | Description | Ref # | Amount | Col | Balance |
|---|---|---|---|---|---|---|
| 9/30/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $7,922.48 |
| 10/1/2018 | Assessment | October 2018 - Assessments | | $340.00 | $340.00 | $8,262.48 |
| 10/31/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $8,287.48 |
| 11/1/2018 | Assessment | November 2018 - Assessments | | $340.00 | $340.00 | $8,627.48 |
| 11/30/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $8,652.48 |
| 12/1/2018 | Assessment | December 2018 - Assessments | | $340.00 | $340.00 | $8,992.48 |
| 12/4/2018 | Payment | Payment Received - Thank You - ALG | 9400911340 | ($340.00) | $0.00 | $8,652.48 |
| 12/7/2018 | Legal Fees | Alcock Law - 12/2/18 | 2170 | $487.50 | $0.00 | $9,139.98 |
| 12/31/2018 | Legal Fees | Alcock Law 12/31/18 | 2304 | $234.50 | $0.00 | $9,374.48 |
| 12/31/2018 | Late Fee | Late Fee | | $25.00 | $0.00 | $9,399.48 |
| 1/1/2019 | Assessment | Assessments | | $340.00 | $340.00 | $9,739.48 |
| 1/31/2019 | Late Fee | Late Fee | | $25.00 | $0.00 | $9,764.48 |
| 2/1/2019 | Assessment | Assessments | | $340.00 | $340.00 | $10,104.48 |
| 2/1/2019 | Payment | Payment Received - Thank You - ALG | 9437017390 | ($341.00) | $0.00 | $9,763.48 |
| 2/4/2019 | Legal Fees | Alcock Law 1/31/19 | 2395 | $109.50 | $0.00 | $9,872.98 |
| 2/28/2019 | Late Fee | Late Fee | | $25.00 | $0.00 | $9,897.98 |
| 3/1/2019 | Assessment | Assessments | | $340.00 | $340.00 | $10,237.98 |
| 3/1/2019 | Payment | Payment Received - Thank You - ALG | 9437017529 | ($340.00) | $0.00 | $9,897.98 |
| 3/5/2019 | Legal Fees | Alcock Law - 3/1/19 | 2454 | $284.00 | $0.00 | $10,181.98 |
| 3/11/2019 | Payment | Payment Received - Thank You - ALG | 9437017588 | ($1,079.75) | $0.00 | $9,102.23 |
| 3/27/2019 | Payment | Payment Received - Thank You - ALG | 9437017634 | ($340.00) | $0.00 | $8,762.23 |
| 3/31/2019 | Late Fee | Late Fee | | $25.00 | $0.00 | $8,787.23 |
| 4/1/2019 | Assessment | Assessments | | $340.00 | $340.00 | $9,127.23 |
| 4/1/2019 | Payment | Payment Received - Thank You - ALG | 9479911329 | ($1,079.75) | $0.00 | $8,047.48 |
| 4/2/2019 | Legal Fees | Alcock Law - 4/1/19 | 2516 | $287.50 | $0.00 | $8,334.98 |
| 4/30/2019 | Payment | Payment Received - Thank You - ALG | 9493420133 | ($340.00) | $0.00 | $7,994.98 |
| 4/30/2019 | Late Fee | Late Fee | | $25.00 | $0.00 | $8,019.98 |
| 5/1/2019 | Assessment | Assessments | | $340.00 | $340.00 | $8,359.98 |
| 5/3/2019 | Payment | Payment Received - Thank You - ALG | 9479911429 | ($1,079.75) | $0.00 | $7,280.23 |
| 6/1/2019 | Assessment | Assessments | | $340.00 | $340.00 | $7,620.23 |
| 6/4/2019 | Payment | Payment Received - Thank You - ALG | 9479911532 | ($1,401.23) | $0.00 | $6,219.00 |
| 7/1/2019 | Assessment | July 2019 - Assessments | | $340.00 | $340.00 | $6,559.00 |
| 7/1/2019 | Payment | Payment Received - Thank You - ALG | 9411319501 | ($340.00) | $0.00 | $6,219.00 |
| 7/2/2019 | Legal Fees | Alcock Law - 7/1/19 | 2904 | $65.00 | $0.00 | $6,284.00 |
| 7/3/2019 | Late Fee Credit | Waive Late Fee - p/ALG Settlement | | ($75.00) | $0.00 | $6,209.00 |
| 7/29/2019 | Payment | Payment Received - Thank You - ALG | 9437018332 | ($340.00) | $0.00 | $5,869.00 |
| 8/1/2019 | Assessment | August 2019 - Assessments | | $340.00 | $340.00 | $6,209.00 |
| 9/1/2019 | Assessment | September 2019 - Assessments | | $340.00 | $340.00 | $6,549.00 |
| 9/3/2019 | Payment | Payment Received - Thank You - ALG | 9493421073 | ($340.00) | $0.00 | $6,209.00 |
| 9/30/2019 | Late Fee | Late Fee | | $25.00 | $0.00 | $6,234.00 |
| 10/1/2019 | Assessment | October 2019 - Assessments | | $340.00 | $340.00 | $6,574.00 |
| 10/3/2019 | Legal Fees | Alcock Law - 10/1/19 | 30078 | $1,951.00 | $0.00 | $8,525.00 |