## Homeowner Transaction History
### Timbers Homeowners Association I, Inc.
Account#: 1023001201

**Miesha L Ross**
1155 South Havana St. #11-499
Aurora, CO 80012

**Property Address**
15140 E. Hampden Cir.
Aurora, CO 80014

| Posting Date | Posting Code | Description | Notation | Ref # | Amount | Open Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/31/2019 | Payment | Payment Received - Thank You - ALG | | 9479911985 | ($340.00) | $0.00 | ($340.00) |
| 11/1/2019 | Assessment | November 2019 - Assessments | | | $340.00 | $0.00 | $0.00 |
| 11/4/2019 | Legal Fees | Alcock Law - 11/1/19 | | 3176 | $2,201.50 | $0.00 | $2,201.50 |
| 11/30/2019 | Late Fee | Late Fee | | | $25.00 | $0.00 | $2,226.50 |
| 12/1/2019 | Assessment | December 2019 - Assessments | | | $340.00 | $0.00 | $2,566.50 |
| 12/3/2019 | Payment | Payment Received - Thank You - ALG | | 9479912031 | ($340.00) | $0.00 | $2,226.50 |
| 12/13/2019 | Legal Fees | Alcock Law - 12/12/19 | | 3258 | $3,563.50 | $0.00 | $5,790.00 |
| 12/31/2019 | Payment | Payment Received - Thank You - ALG | | 9411320674 | ($365.00) | $0.00 | $5,425.00 |
| 12/31/2019 | Late Fee | Late Fee | | | $25.00 | $0.00 | $5,450.00 |
| 1/1/2020 | Assessment | January 2020 - Assessments | | | $340.00 | $0.00 | $5,790.00 |
| 1/31/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $5,815.00 |
| 1/31/2020 | Processing Fee | Processing Fee | | | $10.00 | $0.00 | $5,825.00 |
| 2/1/2020 | Assessment | February 2020 - Assessments | | | $340.00 | $0.00 | $6,165.00 |
| 2/28/2020 | Payment | Payment Received - Thank You - ALG | | 9493422169 | ($365.00) | $0.00 | $5,800.00 |
| 2/28/2020 | Payment | Payment Received - Thank You - ALG | | 9429005381 | ($365.00) | $0.00 | $5,435.00 |
| 2/29/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $5,460.00 |
| 2/29/2020 | Processing Fee | Processing Fee | | | $10.00 | $0.00 | $5,470.00 |
| 3/1/2020 | Assessment | March 2020 - Assessments | | | $340.00 | $0.00 | $5,810.00 |
| 3/31/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $5,835.00 |
| 3/31/2020 | Processing Fee | Processing Fee | | | $10.00 | $0.00 | $5,845.00 |
| 4/1/2020 | Assessment | April 2020 - Assessments | | | $340.00 | $0.00 | $6,185.00 |
| 4/1/2020 | Legal Fees | Alcock Law - 3/30/2020 | | 3518 | $12.00 | $0.00 | $6,197.00 |
| 4/2/2020 | Payment | Payment Received - Thank You - ALG | | 9456902661 | ($365.00) | $0.00 | $5,832.00 |
| 4/30/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $5,857.00 |
| 4/30/2020 | Processing Fee | Processing Fee | | | $10.00 | $0.00 | $5,867.00 |
| 5/1/2020 | Assessment | May 2020 - Assessments | | | $340.00 | $0.00 | $6,207.00 |
| 5/5/2020 | Payment | Payment Received - Thank You - ALG | | 9493422733 | ($365.00) | $0.00 | $5,842.00 |
| 5/31/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $5,867.00 |
| 5/31/2020 | Processing Fee | Processing Fee | | | $10.00 | $0.00 | $5,877.00 |
| 6/1/2020 | Assessment | June 2020 - Assessments | | | $340.00 | $0.00 | $6,217.00 |
| 6/3/2020 | Legal Fees | Alcock Law - 5/31/2020 | | 3639 | $24.00 | $0.00 | $6,241.00 |
| 6/10/2020 | Payment | Payment Received - Thank You - ALG | | 9411321608 | ($365.00) | $0.00 | $5,876.00 |
| 6/30/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $5,901.00 |
| 6/30/2020 | Processing Fee | Processing Fee | | | $10.00 | $0.00 | $5,911.00 |
| 7/1/2020 | Assessment | July 2020 - Assessments | | | $340.00 | $0.00 | $6,251.00 |
| 7/31/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $6,276.00 |
| 7/31/2020 | Processing Fee | Processing Fee | | | $10.00 | $0.00 | $6,286.00 |
| 8/1/2020 | Assessment | August 2020 - Assessments | | | $340.00 | $0.00 | $6,626.00 |
| 8/5/2020 | Payment | Payment Received - Thank You - ALG | | 9493423338 | ($6,216.00) | $0.00 | $410.00 |
| 8/31/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $435.00 |
| 8/31/2020 | Processing Fee | Processing Fee | | | $10.00 | $0.00 | $445.00 |
| 9/1/2020 | Assessment | September 2020 - Assessments | | | $340.00 | $0.00 | $785.00 |
| 9/1/2020 | Payment | Payment Received - Thank You - ALG | | 9493423559 | ($340.00) | $0.00 | $445.00 |
| 9/30/2020 | Payment | Payment Received - Thank You - ALG | | 9493413355 | ($445.00) | $0.00 | $0.00 |
| 10/1/2020 | Assessment | October 2020 - Assessments | | | $340.00 | $0.00 | $340.00 |
| 10/31/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $365.00 |
| 10/31/2020 | Processing Fee | Processing Fee | | | $10.00 | $0.00 | $375.00 |
| 11/1/2020 | Assessment | November 2020 - Assessments | | | $340.00 | $0.00 | $715.00 |
| 11/2/2020 | Payment | Payment Received - Thank You - ALG | | 9493413430 | ($340.00) | $0.00 | $375.00 |
| 11/30/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $400.00 |
| 11/30/2020 | Processing Fee | Processing Fee | | | $10.00 | $0.00 | $410.00 |
| 12/1/2020 | Assessment | December 2020 - Assessments | | | $340.00 | $0.00 | $750.00 |
| 12/7/2020 | Payment | Payment Received - Thank You - ALG | | 9493413467 | ($340.00) | $0.00 | $410.00 |
| 12/7/2020 | Write Off | Write off - Oct & Nov L/P p/ALG | | | ($70.00) | $0.00 | $340.00 |
| 12/31/2020 | Late Fee | Late Fee | | | $25.00 | $0.00 | $365.00 |

| Date | Type | Description | Reference | Amount | Balance Due | Balance |
|---|---|---|---|---|---|---|
| 12/31/2020 | Processing Fee | Processing Fee | | $10.00 | $0.00 | $375.00 |
| 1/1/2021 | Assessment | January 2021 - Assessments | | $340.00 | $0.00 | $715.00 |
| 1/5/2021 | Payment | Payment Received - Thank You - ALG | 9493413539 | ($340.00) | $0.00 | $375.00 |
| 1/29/2021 | Payment | Payment Received - Thank You - ALG | 9493413595 | ($340.00) | $0.00 | $35.00 |
| 1/31/2021 | Late Fee | Late Fee | | $25.00 | $0.00 | $60.00 |
| 1/31/2021 | Processing Fee | Processing Fee | | $10.00 | $0.00 | $70.00 |
| 2/1/2021 | Assessment | February 2021 - Assessments | | $340.00 | $0.00 | $410.00 |
| 2/28/2021 | Late Fee | Late Fee | | $25.00 | $0.00 | $435.00 |
| 2/28/2021 | Processing Fee | Processing Fee | | $10.00 | $0.00 | $445.00 |
| 3/1/2021 | Assessment | March 2021 - Assessments | | $340.00 | $0.00 | $785.00 |
| 3/2/2021 | Payment | Payment Received - Thank You - ALG | 9493413662 | ($340.00) | $0.00 | $445.00 |
| 3/31/2021 | Payment | Payment Received - Thank You - ALG | 19-239847915 | ($340.00) | $0.00 | $105.00 |
| 3/31/2021 | Payment | Payment Received - Thank You - ALG | 19-228434716 | ($340.00) | $0.00 | ($235.00) |
| 4/1/2021 | Assessment | April 2021 - Assessments | | $340.00 | $0.00 | $105.00 |
| 4/30/2021 | Late Fee | Late Fee | | $25.00 | $0.00 | $130.00 |
| 4/30/2021 | Processing Fee | Processing Fee | | $10.00 | $0.00 | $140.00 |
| 5/1/2021 | Assessment | May 2021 - Assessments | | $340.00 | $0.00 | $480.00 |
| 5/31/2021 | Late Fee | Late Fee | | $25.00 | $0.00 | $505.00 |
| 5/31/2021 | Processing Fee | Processing Fee | | $10.00 | $0.00 | $515.00 |
| 6/1/2021 | Assessment | June 2021 - Assessments | | $340.00 | $0.00 | $855.00 |
| 6/3/2021 | Payment | Payment Received - Thank You - ALG | 19-255701000 | ($340.00) | $0.00 | $515.00 |
| 6/29/2021 | Payment | Payment Received - Thank You - ALG | 19-255634911 | ($340.00) | $0.00 | $175.00 |
| 6/30/2021 | Late Fee | Late Fee | | $25.00 | $0.00 | $200.00 |
| 6/30/2021 | Processing Fee | Processing Fee | | $10.00 | $0.00 | $210.00 |
| 7/1/2021 | Assessment | July 2021 - Assessments | | $340.00 | $0.00 | $550.00 |
| 7/31/2021 | Late Fee | Late Fee | | $25.00 | $0.00 | $575.00 |
| 7/31/2021 | Processing Fee | Processing Fee | | $10.00 | $0.00 | $585.00 |
| 8/1/2021 | Assessment | August 2021 - Assessments | | $340.00 | $0.00 | $925.00 |
| 8/3/2021 | Legal Fees | Alcock Law - 8/1/2021 | 4486 | $24.00 | $0.00 | $949.00 |
| 8/5/2021 | Payment | Payment Received - Thank You - ALG | R209652698783 | ($340.00) | $0.00 | $609.00 |
| 8/31/2021 | Late Fee | Late Fee | | $25.00 | $0.00 | $634.00 |
| 8/31/2021 | Processing Fee | Processing Fee | | $10.00 | $0.00 | $644.00 |
| 9/1/2021 | Assessment | September 2021 - Assessments | | $340.00 | $0.00 | $984.00 |
| 9/1/2021 | Legal Fees | Alcock Law - 9/1/2021 | 4550 | $35.00 | $0.00 | $1,019.00 |
| 9/1/2021 | Payment | Payment Received - Thank You - ALG | 19-287907980 | ($10.00) | $0.00 | $1,009.00 |
| 9/1/2021 | Payment | Payment Received - Thank You - ALG | 19-288086836 | ($365.00) | $0.00 | $644.00 |
| 9/30/2021 | Payment | Payment Received - Thank You - ALG | 9437008461 | ($340.00) | $0.00 | $304.00 |
| 9/30/2021 | Late Fee | Late Fee | | $25.00 | $0.00 | $329.00 |
| 9/30/2021 | Processing Fee | Processing Fee | | $10.00 | $0.00 | $339.00 |
| 10/1/2021 | Assessment | October 2021 - Assessments | | $340.00 | $339.00 | $679.00 |
| 10/28/2021 | Payment | Payment Received - Thank You - ALG | 19-288087261 | ($340.00) | $0.00 | $339.00 |
| 10/31/2021 | Late Fee | Late Fee | | $25.00 | $25.00 | $364.00 |
| 10/31/2021 | Processing Fee | Processing Fee | | $10.00 | $10.00 | $374.00 |
| 11/1/2021 | Assessment | November 2021 - Assessments | | $340.00 | $340.00 | $714.00 |
| 11/2/2021 | Legal Fees | Alcock Law - 11/1/2021 | 4693 | $26.00 | $26.00 | $740.00 |
| 11/30/2021 | Late Fee | Late Fee | | $25.00 | $25.00 | $765.00 |
| 11/30/2021 | Processing Fee | Processing Fee | | $10.00 | $10.00 | $775.00 |
| 12/1/2021 | Assessment | December 2021 - Assessments | | $340.00 | $340.00 | $1,115.00 |
| 12/1/2021 | Legal Fees | Alcock Law - 12/1/2021 | 4712 | $369.12 | $369.12 | $1,484.12 |