UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In Re:     Chapter 13

Miesha LaShon Ross     Case No. 19-18902-EEB

---

### NOTICE PURSUANT TO L.B.R. 9013.1 OF THE TIMBERS HOMEOWNER'S ASSOCIATION I, INC.'S MOTION TO DISMISS BANKRUPTCY

---

**OBJECTION DEADLINE**: January 4, 2021

NOTICE IS HEREBY GIVEN that The Timbers Homeowners Association I, Inc. (the "Movant") has filed a Motion to Dismiss with the Bankruptcy and requests the following relief: Dismiss Chapter 13 case for failure to make plan payments.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: December 16, 2021

                                                 ALCOCK LAW GROUP, PC
                                                 By */s/ Tammy M. Alcock*
                                                 Tammy M. Alcock, #39816
                                                 19751 E. Mainstreet, Suite 225
                                                 Parker, Colorado 80138
                                                 (303) 993-5400
                                                 tammy@alcocklawgroup.com