UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                                    )
                                                          )
**MIESHA LASHON ROSS**                                    )    Case No.:    **19-18902-EEB**
                                                          )    Chapter:     13

## OBJECTION TO MOTION TO DISMISS BANKRUPTCY

COMES NOW, the above Debtor, by and through counsel, WACHSMANN & ASSOCIATES, P.C. and in response to the Timbers Homeowners Association I, Inc. Motion to Dismiss Bankruptcy, hereby enters her objection to such motion and in support thereof, states as follows:

1. On October 16, 2019, Miesha Ross, Debtor, filed for chapter 13 relief under Title 11 of the United States Code by filing her voluntary petition for relief [1].

2. On January 17, 2020, Debtor filed her Amended Chapter 13 Plan [45].

3. Pursuant to said amended plan, at Part 6, paragraph 6.2, Debtor's plan provided for the default to The Timbers Homeowners Association 1 of $8,810.50 to be cured through the plan and for the regular monthly payments of $385.00 to made directly to The Timbers Homeowners Association 1 starting November 1, 2019.  However, see details at item six (6) below.

4. Further, at Part 10, paragraph 10.1, Debtor provided for direct payments to be made directly to the creditor Timbers HOA (The Timbers Homeowners Association 1).

5. Said Amended Chapter 13 Plan was confirmed by this Court on February 20, 2020 [49].

6. For the month of Nov. 2019, Dec. 2019 and for the year 2020 and 2021, the current payment assessment of The Timbers Homeowners Association 1 were $340/month, plus a $25/month late fee when appropriate, plus a $10/month processing fee when appropriate.

7. Per the accounting provided by movant, total payments tendered and received (Debtor has attempted payment since the motion) equal $14,326.00 for the time period beginning the months after filing through December of 2021.  Debtor reserves the right to modify the above number at hearing.

8. Per the accounting provided by movant, monthly assessments total $8,840 for the time period beginning the months after filing through December of 2021.  Debtor reserves the right to modify the above number at hearing.

9. Processing and late fees are disputed by Debtor.  Movant has asserted such amounts at $785 for the above time period.

10. Attorney fees assessed total $6,255.12, which also includes $369.12 for the bringing of Movants motion in December of 2021.

11. Debtor contends at the least, that she is substantially current, if not fully current on her account to movant.  Debtor states she has requested an accounting ledger for May of 2020 from Movant and has used such ledger by bring her account current in August of 2020.  Thereafter, she has continued to make payments as indicated on the coupons provide by the Movant and through communications with the Movant and/or the Movant's agent.

WHEREFORE, Debtor contests the motion to dismiss presented by The Timbers Homeowners Association 1 and requests the matter be set for hearing before this Court.

Respectfully Submitted this 4th day of January, 2022.
WACHSMANN & ASSOCIATES, P.C.

_____
Carl Fritz, #24184, Attorney for the Debtor
6053 South Quebec, #103
Englewood, CO 80111
303-796-8787 / 303-796-8798 fax
cgfritz@msn.com

## VERIFICATION

I, Miesha Ross, hereby state that I have reviewed the above Objection and hereby state and verify that the allegations set forth therein are true and correct to the best of my knowledge.

Dated: 01/04/2022                           _____
                                            Miesha Ross, Debtor

## CERTIFICATE OF SERVICE

I hereby state the above objection was serviced via first class mail or via electronic delivery as indicated, this 4th day of January, 2022 to the following:

Tammy M. Alcock, #39816
19751 E. Mainstreet, Suite 225
Parker, Colorado 80138

Miesha LaShon Ross
1155 South Havana St. #11-499
Aurora, CO 80012

Douglas Kiel
ecfmail@denver13.com
Ch. 13 Trustee

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

_____