| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | Miesha | LaShon | Ross | Case #: 19-18902-EEB |
| | First Name | Middle Name | Last Name | |
| Debtor 2: | | | | Chapter: 13 |
| | First Name | Middle Name | Last Name | |

## Local Bankruptcy Form 9013-1.4
### Movant's Certificate of Contested Matter and Request for Hearing

**Complete applicable sections.**

**Part 1  Certificate and Request for Hearing**

On <u>December 14, 2021</u>, <u>The Timbers Homeowners Association I, Inc.</u> (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, <u>Motion to Dismiss Bankruptcy</u> (the "Motion") at docket no.52.  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on December 16<u>, 2021 at docket no. 54.</u>
2. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on <u>December 16 2021.</u>
3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
   a. **Miesha LaShon Ross**, docket no.55;
4. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket no.52;
   b. the Notice, docket no. 54;
   c. the Certificate of Service of the Motion and the Notice, docket no. 52;
   d. the Proposed Order, docket no.<u>,52.</u>
5. Movant made a good faith effort to resolve this matter without the necessity of a hearing in the following manner: <u>I obtained a current ledger and sent to counsel for Ms. Ross requesting either payment or a Stipulation. Neither option was accepted by Ms. Ross.</u>
6. Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues:  <u>Amounts owed to Association and failure to make plan payments</u>. **[summary of disputed issues]**.
7. Resolution of this contested matter will require an evidentiary hearing.  Movant estimates the hearing will proceed as follows:
   a. **Amounts owed to Association and failure to make plan payments**. **[summary of the factual issues to be tried]**;
   b. **1 hours** [estimate of time required for hearing];
   c. **2** [number of witnesses anticipated];
   d. **N/A** [expert witness testimony requirements]; and
   e. **None** [necessary discovery and, the nature of, and time required for, discovery].

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

| Part 2 | Signature of Movant's Attorney or Movant (if unpresented) |

Dated: <u>April 12, 2022</u>

By: _____
Signature

Bar Number (if applicable): <u>#39816</u>
Mailing Address:
Tammy M. Alcock
Alcock Law Group, PC
19751 E. Mainstreet, Ste. 225
Parker, CO 80138
Telephone number: 303-993-5400
Facsimile number: 303-459-8886
E-mail address: tammy@alcocklawgroup.com