**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>MIESHA LASHON ROSS,<br><br>Debtor. | Bankruptcy Case No. 19-18902 EEB<br><br>Chapter 13 |

**ORDER AND NOTICE OF NON-EVIDENTIARY HEARING**

    **IT IS HEREBY ORDERED** that The Timbers Homeowners Association I, Inc.'s Motion to Dismiss Case and Debtor's Objection thereto are set for a non-evidentiary hearing on a trailing docket before Judge Elizabeth E. Brown on **Wednesday, April 27, 2022, at 1:30 p.m.** in the United States Bankruptcy Court for the District of Colorado, Courtroom F, U.S. Custom House, 721 19th Street, Denver, Colorado.  The parties shall be prepared to make legal arguments and/or appear for a status and scheduling conference.

    Parties may appear telephonically **although the Court has resumed in-person hearings and Parties are welcome in the Courthouse.**  Parties wishing to appear telephonically shall call the Court prior to the hearing at 1-888-684-8852.  The meeting access code is **345 4024** followed by the # sign.  Please state your name clearly.  Please stay on the line until the court operator takes the roll call and the hearing begins.  **The Court will not contact parties by telephone.  If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

    If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date.  Counsel/Parties shall *bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 13th day of April, 2022.

BY THE COURT:

*Elizabeth E. Brown*
_____
Elizabeth E. Brown, Bankruptcy Judge