United States Bankruptcy Court
District of Colorado

In re:  
Miesha LaShon Ross  
    Debtor

Case No. 19-18902-EEB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 2  
Date Rcvd: Apr 13, 2022      Form ID: pdf904      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miesha LaShon Ross, 1155 South Havana St., #11-499, Aurora, CO 80012-4019 |
| cr | + | The Timbers Homeowners Association I, Inc., Alcock Law Group, 19751 E. Mainstreet, Ste. 225, Parker, CO 80138-7428 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron M. Waite | on behalf of Creditor BOKF N.A. aaronmwaite@agutah.gov |
| Carl G. Fritz | on behalf of Debtor Miesha LaShon Ross bankruptcy.lawoffice@gmail.com cgfritz@msn.com |
| David Coats | on behalf of Creditor BOKF N.A. dcoats@w-legal.com |
| Douglas B. Kiel | ecfmail@denver13.com |
| Lisa Cancanon | on behalf of Creditor BOKF N.A. Lisa.Cancanon@vf-law.com, Llombardi06@law.du.edu |
| Tammy M. Alcock | on behalf of Creditor The Timbers Homeowners Association I Inc. Tammy@Alcocklawgroup.com |

District/off: 1082-1          User: admin          Page 2 of 2

Date Rcvd: Apr 13, 2022          Form ID: pdf904          Total Noticed: 2

US Trustee
         USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

In re:

MIESHA LASHON ROSS,

Debtor.

Bankruptcy Case No. 19-18902 EEB

Chapter 13

### ORDER AND NOTICE OF NON-EVIDENTIARY HEARING

**IT IS HEREBY ORDERED** that The Timbers Homeowners Association I, Inc.'s Motion to Dismiss Case and Debtor's Objection thereto are set for a non-evidentiary hearing on a trailing docket before Judge Elizabeth E. Brown on **Wednesday, April 27, 2022, at 1:30 p.m.** in the United States Bankruptcy Court for the District of Colorado, Courtroom F, U.S. Custom House, 721 19th Street, Denver, Colorado. The parties shall be prepared to make legal arguments and/or appear for a status and scheduling conference.

Parties may appear telephonically **although the Court has resumed in-person hearings and Parties are welcome in the Courthouse.** Parties wishing to appear telephonically shall call the Court prior to the hearing at 1-888-684-8852. The meeting access code is **345 4024** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date. Counsel/Parties shall *bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 13th day of April, 2022.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge