UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN BANKRUPTCY

*Minute Order*

Date: April 27, 2022

**Honorable Elizabeth E. Brown, Presiding**
Patricia M.K. Turner, Courtroom Deputy

In re:  Miesha LaShon Ross,
          Debtor.

Case. No. 19-18902-EEB
Chapter 13

| | Appearances | Representing | |
|---|---|---|---|
| Counsel | **Will Evans*** | Trustee | |
| Counsel | **Carl G. Fritz*** | Debtor | |
| Counsel | **Tammy M. Alcock*** | Creditor | The Timbers' Homeowners Association I, Inc. |
| Counsel | | Creditor | |

*telephonic appearance

Proceedings: Non-Evidentiary Hearing on The Timbers Homeowners Association I, Inc.'s Motion to Dismiss Case and Debtor's Objection thereto

☒ Evidentiary Hearing[1]

☒ The Parties discussed, at length, the HOA payments made, how the payments are applied and credited, and if Debtor is current on postpetition HOA payments. Attorneys for the HOA should be filing Notices of Fees, Expenses and Charges pursuant to F.B.R.P. 3002.1(c).

Orders:

☒ Mr. Fritz shall deliver Debtor's money orders and cashier's checks to Ms. Alcock forthwith.

☒ The Parties shall meet and confer prior to the next scheduled hearing and try to resolve the issues.

☒ The Court will hold an **IN-PERSON** hearing on a trailing docket on **Wednesday, June 8, 2022 at 1:30 p.m.** in Courtroom F, US Bankruptcy Court, 721 19th Street, Denver, CO 80202. Parties who have fully complied with the requirements of L.B.R. 3015-1 may appear telephonically.

Date: April 27, 2022.

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, U.S. Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical purposes.