**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
|    Miesha LaShon Ross, | ) | Case No. 19-18902-EEB |
| | ) | |
|    Debtor, | ) | Chapter 13 |

**NOTICE OF CHANGE OF ADDRESS**

Your Name:     **Carl Fritz**          (Your role in this case (Debtor,Creditor,etc.): **Debtor's Counsel**)

<u>Address Change Information</u>

Name of Party:     **Miesha LaShon Ross**, Debtor

Old/Incorrect Address:    1155 South Havana St., #11-499, Aurora, CO 80012
New Address (Street, City/State/Zip, Telephone):
     **15140 East Hampden Cir.**
     **Aurora CO 80014**

Respectfully Submitted this **September 27, 2022**
WACHSMANN & ASSOCIATES, P.C.

/s/ *Carl Fritz*
Carl G. Fritz, #24184, Attorney for Debtor
6053 South Quebec Street, #103
Englewood, CO  80111
(303) 796-8787; (303) 796-8798 fax
cgfritz@msn.com

**CERTIFICATE OF SERVICE**

I certify that service through ECF occurred on 27th of September, 2022 to the following:

Tammy Alcock - attorney for The Timbers Homeowners Association I, Inc.

Douglas Kiel - Standing 13 Trustee

US Trustee

/s/ Carl Fritz