## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>MIESHA LASHON ROSS,<br><br>Debtor. | Bankruptcy Case No.  19-18902 EEB<br><br>Chapter 13 |

### ORDER FOR COMPLIANCE WITH FEDERAL RULES OF BANKRUPTCY PROCEDURE 3002.1(b) OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the court on the BOKF N.A.'s Notice of Mortgage Payment Change filed on October 25, 2022 on the Claims register under Claim No. 5-1. The Court finds that Claimant has failed to comply with applicable rules of procedure, noted more specifically below:

☒ **Fed. R. Bankr. P. 3002.1(b)**:  failure of the holder of the claim to serve the **debtor**, debtor's counsel, and the trustee with a Notice of any change in the payment amount, that was filed with the Court, including any change that results from an interest rate or escrow account adjustment, no later than 21 days before a payment in the new amount is due.  **Specifically, Claimant did not serve Debtor directly**.

Accordingly, IT IS HEREBY ORDERED that BOKF N.A. shall cure the above-noted deficiency by the cure date listed below.

**Deficiency Cure Date: November 9, 2022.**

DATED: this 26th day of October, 2022.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge