**Fill in this information to identify the case:**

Debtor 1: Miesha LaShon Ross

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Colorado (Denver)

Case number: 19-18902-EEB

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BOKF, N.A.

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1 6 4 0

**Date of payment change:** Must be at least 21 days after date of this notice: 12/01/2022

**New total payment:** Principal, interest, and escrow, if any: $ 1,386.39

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 341.08    New escrow payment: $ 381.63

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

---

Debtor 1  **Miesha LaShon Ross**  Case number (*if known*) 19-18902-EEB
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ **/s/ Jennifer Rogers**   Date 10/17/2022
Signature

Print: **Jennifer Rogers**   Title **Attorney for BOKF, N.A.**
First Name   Middle Name   Last Name

Company **IDEA Law Group, LLC**

Address **4100 E. Mississippi Ave. Ste 420**
Number   Street

**Denver**   **CO**   **80246**
City   State   ZIP Code

Contact phone **(877) 353-2146**   Email **jrogers@idealawgroup**

**BOK FINANCIAL**
PO BOX 111540
Nashville, TN 37222
Please do not send mail to this address

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**


Online Information: https://onlinebanking.bokfinancial.com/

Forwarding Service Requested


Monday - Friday 7:00 a.m. – 6:00 p.m. CT
(866) 910-5224
SE HABLA ESPAÑOL

000023
MIESHA L ROSS
4255 S BUCKLEY RD APT 408
AURORA, CO 80013


**Correspondence**
P.O. Box 35688, Tulsa OK
74153-0688

**Payments:**
P.O. Box 21368, Tulsa OK
74121-1368

| | |
|---|---|
| Analysis Date: | 10/05/22 |
| Loan Number: | |
| Borrower Name: | MIESHA L ROSS |

Each year BOKF, NA dba BOK Financial reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay property taxes and insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and details related to your account.

### 1. What is the amount of my new monthly payment starting December 01, 2022?

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $1,004.76 | $1,004.76 | $0.00 |
| Escrow | 320.06 | 310.80 | -9.26 |
| Shortage/Surplus | 21.02 | 70.83 | 49.81 |
| **Total Payment** | **1,345.84** | **1,386.39** | **40.55** |

- **Note:** If you currently use a third party bill pay service to make electronic withdrawals, please update the amount scheduled to reflect the new payment amount listed above. If you are currently set up on electronic withdrawals with BOK Financial, this new amount will automatically take effect with your December payment.

### 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed** – The amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance premiums, or homeowner's insurance premiums. The information below compares the amounts BOK Financial expected to pay for each item this past year from your escrow account to the actual amounts that were paid or will be due. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
|---|---|---|---|
| COUNTY 1ST I | $680.61 | $637.52 | -$43.09 |
| COUNTY 2ND I | $680.61 | $637.52 | -$43.09 |
| INSURANCE | $946.00 | $960.00 | $14.00 |
| RISK BASED P | $1,533.48 | $1,494.60 | -$38.88 |
| **Total Annual Escrow Payments** | **$3,840.70** | **$3,729.64** | **-$111.06** |
| **Monthly Escrow Payments** | **$320.06** | **$310.80** | **-$9.26** |

**B. Repayment of Escrow Shortage or Surplus** - According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $372.51 in May. This means you have a **shortage of $849.91** in your escrow account.

If you elect to pay the shortage in full, your new monthly payment will be $1,315.56.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Shortage |
|---|---|---|---|---|
| -$477.40 | minus | $372.51 | equals | ($849.91) |

MIESHA L ROSS      Loan Number:
NEW PAYMENT EFFECTIVE DATE: December 01, 2022

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Total Balance | Minimum Required | Difference | |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | $640.14 | | | |
| December | RISK BASED P | 310.80 | 124.55 | 826.39 | 372.51 | 453.88 | |
| January | RISK BASED P | 310.80 | 124.55 | 1,012.64 | 372.51 | 640.13 | |
| February | RISK BASED P | 310.80 | 124.55 | 1,198.89 | 372.51 | 826.38 | |
| February | COUNTY 1ST I | 0.00 | 637.52 | 561.37 | 372.51 | 188.86 | |
| March | RISK BASED P | 310.80 | 124.55 | 747.62 | 372.51 | 375.11 | |
| April | RISK BASED P | 310.80 | 124.55 | 933.87 | 372.51 | 561.36 | |
| April | INSURANCE | 0.00 | 960.00 | -26.13 | 372.51 | -398.64 | |
| May | RISK BASED P | 310.80 | 124.55 | 160.12 | 372.51 | -212.39 | |
| May | COUNTY 2ND I | 0.00 | 637.52 | -477.40 | 372.51 | **-849.91** | ** |
| June | RISK BASED P | 310.80 | 124.55 | -291.15 | 372.51 | -663.66 | |
| July | RISK BASED P | 310.80 | 124.55 | -104.90 | 372.51 | -477.41 | |
| August | RISK BASED P | 310.80 | 124.55 | 81.35 | 372.51 | -291.16 | |
| September | RISK BASED P | 310.80 | 124.55 | 267.60 | 372.51 | -104.91 | |
| October | RISK BASED P | 310.80 | 124.55 | 453.85 | 372.51 | 81.34 | |
| November | RISK BASED P | 310.80 | 124.55 | 640.10 | 372.51 | 267.59 | |
| TOTAL | | $3,729.60 | $3,729.64 | | | | |

**Low Balance used to determine escrow surplus or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. A lower cushion may be required under state law. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Projected Disbursements Estimate | Projected Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | $872.43 |
| December | RISK BASED P | 320.06 | 754.51 * | 127.79 | 127.79 | 1,499.15 |
| January | RISK BASED P | 320.06 | 0.00 * | 127.79 | 0.00 * | 1,499.15 |
| January | RISK BASED P | 0.00 | 0.00 | 0.00 | 124.55 * | 1,374.60 |
| January | COUNTY 1ST I | 0.00 | 0.00 | 0.00 | 637.52 * | 737.08 |
| February | RISK BASED P | 320.06 | 682.16 * | 127.79 | 0.00 * | 1,419.24 |
| February | COUNTY 1ST I | 0.00 | 0.00 | 680.61 | 0.00 * | 1,419.24 |
| February | RISK BASED P | 0.00 | 0.00 | 0.00 | 124.55 * | 1,294.69 |
| March | RISK BASED P | 320.06 | 341.08 * | 127.79 | 0.00 * | 1,635.77 |
| March | RISK BASED P | 0.00 | 0.00 | 0.00 | 124.55 * | 1,511.22 |
| March | INSURANCE | 0.00 | 0.00 | 0.00 | 1,065.00 * | 446.22 |
| April | RISK BASED P | 320.06 | 341.08 * | 127.79 | 0.00 * | 787.30 |
| April | INSURANCE | 0.00 | 0.00 | 946.00 | 940.00 * | -152.70 |
| April | RISK BASED P | 0.00 | 0.00 | 0.00 | 124.55 * | -277.25 |
| May | RISK BASED P | 320.06 | 380.28 * | 127.79 | 0.00 * | 103.03 |
| May | COUNTY 2ND I | 0.00 | 0.00 | 680.61 | 637.52 * | -534.49 |
| May | RISK BASED P | 0.00 | 0.00 | 0.00 | 124.55 * | -659.04 |
| June | RISK BASED P | 320.06 | 0.00 * | 127.79 | 0.00 * | -659.04 |
| June | RISK BASED P | 0.00 | 0.00 | 0.00 | 124.55 * | -783.59 |
| July | RISK BASED P | 320.06 | 341.08 * | 127.79 | 0.00 * | -442.51 |
| July | RISK BASED P | 0.00 | 0.00 | 0.00 | 124.55 * | -567.06 |
| August | RISK BASED P | 320.06 | 341.08 * | 127.79 | 0.00 * | -225.98 |
| August | RISK BASED P | 0.00 | 0.00 | 0.00 | 124.55 * | -350.53 |
| September | RISK BASED P | 320.06 | 341.08 * | 127.79 | 0.00 * | -9.45 |
| September | RISK BASED P | 0.00 | 0.00 | 0.00 | 124.55 * | -134.00 |
| October | RISK BASED P | 320.06 | 682.16 E | 127.79 | 0.00 * | 548.16 |
| October | RISK BASED P | 0.00 | 0.00 | 0.00 | 124.55 * | 423.61 |
| November | RISK BASED P | 320.06 | 341.08 E | 127.79 | 124.55 E | 640.14 |
| TOTAL | | $3,840.72 | $4,545.59 | $3,840.70 | $4,777.88 | |

# DISCLOSURES

Federal law requires us to advise you that BOK Financial (NMLS ID 403501) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**CREDIT REPORTING**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**IMPORTANT BANKRUPTCY NOTICE**
Bankruptcy (if applicable) - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under the United States Bankruptcy Code, this statement is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation. However, BOK Financial retains certain rights, including but not limited to the right to foreclose its lien evidenced by the security instrument under appropriate circumstances.

**NOTICE OF ERROR OR REQUEST FOR INFORMATION**
To provide us with a Notice of Error or to make a Request for Information about the servicing of your loan, please contact us at:
   BOK Financial
   Attn: Customer Care Department
   7060 S. Yale Ave. Ste. 200
   Tulsa OK 74136-5711
   (866) 910-5224
   https://onlinebanking.bokfinancial.com/

In your letter, please include your name, the property address, your loan number, and the specific error that you believe has been made or the specific information that you are requesting.

Should you have any questions or concerns regarding your loan, please contact us at (866) 910-5224. Our office is open Monday - Friday 7:00 a.m. – 6:00 p.m. CT.

**EQUAL CREDIT OPPORTUNITY ACT**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.  The federal agencies that administer compliance with this law concerning this creditor are:

Bureau of Consumer Financial Protection
1700 G Street NW
Washington, D.C. 20006

Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)**
If you or any other person on this mortgage is a servicemember or dependent of a servicemember on "active duty" or "active service,", you may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 U.S.C. §§ 3901-4043) (SCRA) and applicable state law.  If you or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.  Please contact us if you think you are eligible.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, BOKF, NA may inspect your property to determine that it is being maintained and occupied.  As needed or required, BOKF, NA may secure the property.  Securing the property may result in locks being added or changed in an effort to protect the property, and may also include winterizing and/or mowing the property as necessary.  Any fees for such an inspection and/or property services may be charged to your account.

**Montana Property Owners** - BOK Financial is licensed by the Division of Banking and Financial Institutions for the State of Montana (Mortgage Servicer 403501). A borrower may file a complaint about BOK Financial with the Department: Division of Banking and Financial Institutions, 301 South Park, Suite 316, PO Box 200546, Helena, MT 59620 Phone: (406) 841-2920 Fax: (406) 841-2930.

**New York Property Owners** - NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419: BOK Financial is registered as an Exempt Loan Servicer (NMLS Unique ID Number 403501, New York Registered Exempt Mortgage Loan Servicer 403501) with the Superintendent of the Department of Financial Services for the State of New York. A borrower may file a complaint about BOK Financial with the New York Department of Financial Services. A borrower may obtain further information from the New York Department of Financial Services by calling the Department's consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. If BOK Financial utilizes a third-party provider, we remain responsible for all actions taken by such third-party provider.

**For Escrowed Accounts in New York Only:**
(1) The mortgage investing institution is obligated to make all payments of insurance and taxes for which the escrow account is maintained. If any such payments are not timely, the mortgage investing institution is responsible for making such payments including any penalties and interest and shall be liable for all damages to the consumer resulting from its failure to make timely payment; (2) In the event that a real property insurance premium notice is sent directly to the consumer by the insurer, the consumer shall have the obligation to promptly transmit such premium notice to the mortgage investing institution, for payment. Failure to do so may jeopardize the consumer's insurance and may excuse the mortgage investing institution from liability for failure to timely make such real property insurance payments; (3) The consumer is obligated to pay 1/12th of the insurance premiums and/or taxes each month to the mortgage investing institution for deposit into the escrow account, unless there is a deficiency or surplus in the account, in which case a greater or lesser amount may be required; (4) Unless the mortgage investing institution is exempt, it must deposit the escrow payments made by the consumer in a banking institution or a licensed branch of a foreign banking corporation whose deposits are insured by a federal agency; and (5) The mortgage investing institution cannot impose any fees relating to the maintenance of the escrow account.
**N.Y. BANKING LAW § 6-K (2) (f)**.

**North Carolina Property Owners** – FOR NORTH CAROLINA RESIDENTS: BOK Financial is physically located at 7060 S. Yale Ave. Ste. 200, Tulsa OK 74136-5711 North Carolina Collection Agency permit no. 403501. You may call 919-733-3016 to contact the North Carolina Commissioner of Banks or to file a complaint about Mortgage Servicing, go to North Carolina Commissioner of Bank's Website: http://www.nccob.org/public/ConsumerInformation/Complaints/CIFileComplaint.aspx.

**Oregon Property Owners** - The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at (866) 910-5224 or by email at CustomerService@bokf.com. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**Texas Property Owners** - CONSUMERS WISHING TO FILE A COMPLAINT AGAINST A MORTGAGE BANKER OR A LICENSED MORTGAGE BANKER RESIDENTIAL MORTGAGE LOAN ORIGINATOR SHOULD COMPLETE AND SEND A COMPLAINT FORM TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. COMPLAINT FORMS AND INSTRUCTIONS MAY BE OBTAINED FROM THE DEPARTMENT'S WEBSITE AT WWW.SML.TEXAS.GOV. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

THE DEPARTMENT MAINTAINS A RECOVERY FUND TO MAKE PAYMENTS OF CERTAIN ACTUAL OUT OF POCKET DAMAGES SUSTAINED BY BORROWERS CAUSED BY ACTS OF LICENSED MORTGAGE BANKER RESIDENTIAL MORTGAGE LOAN ORIGINATORS. A WRITTEN APPLICATION FOR REIMBURSEMENT FROM THE RECOVERY FUND MUST BE FILED WITH AND INVESTIGATED BY THE DEPARTMENT PRIOR TO THE PAYMENT OF A CLAIM. FOR MORE INFORMATION ABOUT THE RECOVERY FUND, PLEASE CONSULT THE DEPARTMENT'S WEBSITE AT WWW.SML.TEXAS.GOV.

## CERTIFICATE OF SERVICE

On October 25, 2022, I placed a true and correct copy of the attached Notice of Mortgage Payment Change electronically filed using the Court's ECF system, which will send notification of such filing, or by First Class, postage pre-paid, to the following parties listed below:

Trustee via e-filing:
Douglas B. Kiel
ecfmail@denver13.com

Debtor's Counsel via e-filing:
Carl G. Fritz
bankruptcy.lawoffice@gmail.com

U.S. Trustee via e-filing:
US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Dated: October 25, 2022

/s/ Taylor Bartle
Taylor Bartle